# EXHIBIT C

**proofpoint.**                                                                                                          LOGIN



| Company Info | Press Releases | In The News | Awards |

Media Kit

---

   

Pittsburgh Business Times: Best Places to Work

2020 Ransomware Protection (Proofpoint Targeted Attack

2020 Social Media Security (Proofpoint Digital Risk Protection)

2020 Fraud Prevention (Proofpoint Digital Risk Protection)

Protection)









2020 Data Governance (Proofpoint Information Protection, Archive, and Compliance)

2020 Data Leakage Prevention (DLP) (Proofpoint Information Protection)

2020 eDiscovery (Proofpoint e-Discovery Analytics)

2020 Cloud Security (Proofpoint Cloud App Security)









2020 Compliance Solution (Proofpoint Information Protection, Archive, and Compliance)

2020 Email Security (Proofpoint Email Security)

2020 Threat Detection, Intelligence and Response (Proofpoint Targeted Attack Protection and Threat Response)

2019 Frost & Sullivan Best Practices Award






2019 SC Awards Europe

2019 Proofpoint Essentials

2019 Proofpoint Security Awareness Training

2019 Best Cybersecurity Education Provider (between 1,000 to 4,999 employees)






2020 Security Education Platform (Proofpoint Security Education Platform)

2020 Security Education (Proofpoint Security Awareness Training)

CISO Choice Awards Names Proofpoint the Premier Security Company

2020 Best Overall Enterprise Email Security Solution Provider of the Year




Case 2:21-cv-00226-DWL     Document 1-3     Filed 02/09/21     Page 5 of 11






2020 Espresa Award for Culture Benefits® Innovation and Excellence

One of The Software Report's "Top 100 Software Companies of 2020"

Best Enterprise Security Solution (Proofpoint Advanced Email Protection)

Best Cloud Computing Security Solution (Proofpoint Cloud Access Security Broker (CASB))







Best Email Security Solution (Proofpoint Email Protection)

One of CRN's 20 Coolest Cloud Security Companies of 2020

One of CRN's 20 Coolest Web, Email and Application Security Vendors of 2020

2020 Most Innovative Cybersecurity Company






| | | | |
|---|---|---|---|
| 2020 Best Cybersecurity Education Provider | 2020 Data-centric Security (Proofpoint Information Protection) | 2020 Information Archiving (Proofpoint Enterprise Archive) | 2020 Insider Threat Solution (ObserveIT, a Proofpoint Company) |

   

| | | | |
|---|---|---|---|
| 2020 Incident Response (Proofpoint Threat Response) | 2019 Most Innovative Cybersecurity Company (between 1,000 to 4,999 employees) | 2019 Compliance Solution (Proofpoint Information Protection, Archive, and Compliance) | 2019 Data Governance (Proofpoint Information Protection, Archive, and Compliance) |

   

| | | | |
|---|---|---|---|
| CRN's 2017 Mobility 100: 30 Coolest Mobile Security And | 2017 Deloitte's Technology Fast 500™ | 2017 SC Media Awards - Best Email Security Solution | 2017 SC Media Awards - Best Regulatory Compliance |

Security And
Device
Management
Vendors

Solution









2017 SC
Magazine
Awards Europe -
Best Fraud
Prevention
Solution

2017 SC
Magazine
Awards Europe -
Best SME
Solution

2016 Deloitte's
Technology Fast
500™

2016 SC
Magazine
Awards - Best
Email Security
Solution









CRN's 2016
Security 100: 20
Coolest Web,
Email And
Application
Security Vendors

2015 Deloitte's
Technology Fast
500™

2015 SC
Magazine
Awards - Best
Customer
Service

2014 Deloitte's
Technology Fast
500™









2014 SC Magazine Awards Europe - Best Email Security Solution

2014 SC Magazine Awards - Best Email Security Solution

2013 Deloitte's Technology Fast 500™

CRN's 2017 Security 100: 20 Coolest Web, Email And Application Security Vendors









CRN's Top 20 Coolest Cloud Vendors

2019 Data-centric Security (Proofpoint Information Protection)

2019 eDiscovery (Proofpoint E-discovery Analytics)

2019 Incident Response (Proofpoint Threat Response)









| | | | |
|---|---|---|---|
| 2019 Information Archiving (Proofpoint Enterprise Archive) | 2019 Social Media Security (Proofpoint Digital Risk Protection) | 2019 Best Cybersecurity Company (between 1,000 to 4,999 employees) | 2019 Cloud Security (Proofpoint Cloud App Security) |

   

| | | | |
|---|---|---|---|
| 2019 Data Leakage Prevention (DLP) (Proofpoint Information Protection) | 2019 Email Security (Proofpoint Email Protection) | 2019 Threat Detection, Intelligence and Response (Proofpoint Threat Response) | Most Important Cybersecurity Companies of the Last 30 Years |

   

| | | | |
|---|---|---|---|
| 2018 Best Email Security / Loss Management | 2018 Best Threat Intelligence Solution - | 2018 SC Magazine Awards Europe - | CRN's 2018 Security 100: 20 Coolest Web, |

Solution - Platinum Winner

Platinum Winner

Best SME Solution

Email And Application Security Vendors



2012 Deloitte's Technology Fast 500™

| About | Threat Center | Products | Resources |
|---|---|---|---|
| Overview | Latest Threat Report | Email Protection | Whitepapers |
| Why Proofpoint | Human Factor Report | Advanced Threat Protection | Webinars |
| Careers | Threat Glossary | Security Awareness Training | Datasheets |
| Leadership Team | Threat Blog | Cloud Security | Events |
| News Center | Daily Ruleset | Archive & Compliance | Customer Stories |
| Investors Center | | Information Protection | Blog |
| | | Digital Risk Protection | Free Trial |
| | | Product Bundles | |
| | | Nexus Platform | |

## Connect

**+1-408-517-4710**

Contact Us

Office Locations

Request a Demo

## Support

Support Login

Support Services

IP Address Blocked?






© 2021. All rights reserved.    Terms and conditions    Privacy Policy    Sitemap

