# EXHIBIT D

# Cybersecurity Training Exercise

**Hi there!** The email you responded to was a fake phishing email—part of a brief training exercise. **But don't worry!** *Everyone* makes mistakes.



We're helping *everyone* at your organization learn how to avoid phishing attacks. Please take **just 20 seconds** to read and acknowledge this message.

## Why Is Clicking a Link Dangerous?

Many phishing emails **try to trick you** into clicking a malicious link. This can let cyber criminals:

- **Access** sensitive information
- **Compromise** your company's network
- **Infect** your computer with malicious software



## Takeaway

- Never click a link in an email until you've verified that it's safe.

[ I Understand! ]

This phishing simulation was provided by your employer to help teach you to recognize commonly-used phishing risks. To appear as realistic as possible, it may contain the name, brand or logo of unaffiliated third parties. Please do NOT contact the company that is named or whose brands or logos were used. If you have any questions or concerns about phishing emails, please contact only your own employer.