# **EXHIBIT E**

2/9/2021



Hi! This web site belongs to Proofpoint Security Awareness Training. This domain is used to teach employees how to recognize and avoid phishing attacks. This page is here to let you know that this is not a malicious web page. The email that led you here was likely sent by your employer as part of a training program.

If you have questions, you can contact your employer's IT help desk. If you still have questions you can contact us at wst-support@proofpoint.com.

2/9/2021



Hi! This web site belongs to Proofpoint Security Awareness Training. This domain is used to teach employees how to recognize and avoid phishing attacks. This page is here to let you know that this is not a malicious web page. The email that led you here was likely sent by your employer as part of a training program.

If you have questions, you can contact your employer's IT help desk. If you still have questions you can contact us at wst-support@proofpoint.com.



Hi! This web site belongs to Proofpoint Security Awareness Training. This domain is used to teach employees how to recognize and avoid phishing attacks. This page is here to let you know that this is not a malicious web page. The email that led you here was likely sent by your employer as part of a training program.

If you have questions, you can contact your employer's IT help desk. If you still have questions you can contact us at wst-support@proofpoint.com.



Hi! This web site belongs to Proofpoint Security Awareness Training. This domain is used to teach employees how to recognize and avoid phishing attacks. This page is here to let you know that this is not a malicious web page. The email that led you here was likely sent by your employer as part of a training program.

If you have questions, you can contact your employer's IT help desk. If you still have questions you can contact us at wst-support@proofpoint.com.



Hi! This web site belongs to Proofpoint Security Awareness Training. This domain is used to teach employees how to recognize and avoid phishing attacks. This page is here to let you know that this is not a malicious web page. The email that led you here was likely sent by your employer as part of a training program.

If you have questions, you can contact your employer's IT help desk. If you still have questions you can contact us at wst-support@proofpoint.com.