Bradley P. Hartman (#017263)
John D. Titus (#012912)
**HARTMAN TITUS PLC**
3507 N. Central Ave., Suite 101
Phoenix, AZ 85012-2121
Phone: (602) 235-0500
Email: bhartman@hartmantitus.com
         jtitus@hartmantitus.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Proofpoint, Inc., a Delaware corporation, and Wombat Security Technologies, Inc., a Delaware corporation, | Civil No. _____ |
| Plaintiffs, | **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| Facebook, Inc., a Delaware corporation, and Instagram, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Proofpoint, Inc. and Wombat Security Technologies, Inc., Delaware corporations (nongovernmental corporate parties) state that:

1. Plaintiff Wombat Security Technologies, Inc. is a subsidiary of Plaintiff Proofpoint, Inc.; and

2. Plaintiff Proofpoint, Inc. is a publicly traded corporation and T. Rowe Price owns 10% or more of Proofpoint's stock.

1

DATED this 9th day of February, 2021.

                                **HARTMAN TITUS PLC**

By: /s/ Bradley P. Hartman
     Bradley P. Hartman
     John D. Titus
     3507 N. Central Ave., Suite 101
     Phoenix, Arizona 85012-2121

     **PATTISHALL McAULIFFE NEWBURY**
           **HILLIARD & GERALDSON, LLP**
     200 South Wacker Drive, Suite 2900
     Chicago, Illinois 60606

     *Attorneys for Plaintiffs*