**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Proofpoint Incorporated, et al., | No. CV-21-00226-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Facebook Incorporated, et al., | |
| Defendants. | |

This matter having recently come before the Court,

**IT IS ORDERED** that a motion pursuant to Federal Rule of Civil Procedure 12(b) is discouraged if the defect can be cured by filing an amended pleading.  Therefore, the parties must meet and confer prior to the filing of a motion to dismiss to determine whether it can be avoided.  Consequently, motions to dismiss must be accompanied by a notice of certification of conferral indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading and have been unable to agree that the pleading is curable by a permissible amendment.  Motions to dismiss that do not contain the required certification are subject to be stricken on the Court's motion.

**IT IS FURTHER ORDERED** the parties shall endeavor not to oppose motions to amend that are filed prior to the Rule 16 Scheduling Conference or within the time set forth in the Rule 16 Scheduling Order.  A motion to amend filed prior to the Rule 16 Scheduling Conference must state the position of each other party.  If the moving party's efforts to determine the position of any other party are unsuccessful, a statement to that

effect must be included in the motion or stipulation.

**IT IS FURTHER ORDERED** that Plaintiff(s) shall serve a copy of this order upon Defendant(s) and file notice of service.

Dated this 11th day of February, 2021.

Honorable Diane J. Humetewa
United States District Judge