1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Proofpoint Incorporated, et al.,

10              Plaintiffs,

11   v.

12   Facebook Incorporated, et al.,

13              Defendants.

14

No. CV-21-00226-PHX-DJH

**ORDER TO SHOW CAUSE**

15          This matter is before the Court for administrative review. The Court notes that

16   **Plaintiffs** have failed to file the Notice of Filing-Copyright, Trademark or Patent

17   Information pursuant to 35 U.S.C. § 290 and/or 15 U.S.C § 1116, and Rule 3.1(c) of the

18   Local Rules. The Clerk of Court has issued <u>two notices</u> and set two prior deadlines by

19   which the form should have been filed (Docs. 4 and 6). To date, the above mentioned

20   parties have not complied and the time to do so has passed. Therefore,

21          **IT IS ORDERED** that no later than noon on <u>March 3, 2021,</u> **Plaintiffs** shall show

22   cause in writing for failure to comply with 35 U.S.C. § 290 and/or 15 U.S.C § 1116, and

23   Rule 3.1(c) of the Local Rules.

24   …

25   …

26   …

27   …

28   …

**IT IS FURTHE ORDERED** that failure to comply with this Order may result in sanctions. If the parties show good cause and file the required form attached to this Order by the deadline, the Court will automatically discharge and vacate the Order to Show Cause.

Dated this 26th day of February, 2021.


Honorable Diane J. Humetewa
United States District Judge

- 2 -