1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Proofpoint, Inc., a Delaware corporation, and Wombat Security Technologies, Inc., a Delaware corporation,<br><br>         Plaintiffs,<br>vs.<br><br>Facebook, Inc., a Delaware corporation, and Instagram, LLC, a Delaware limited liability company,<br><br>         Defendants. | No.  2:21-cv-00226-DWL<br><br>**ORDER** |

   Pursuant to *Plaintiffs' Motion for Extension of Time to Serve Defendants*, and good cause appearing therefore,

   IT IS ORDERED that the deadline for Plaintiffs to serve the summons and complaint pursuant to Rule 4 is extended to August 8, 2021.