Bradley P. Hartman (#017263)
John D. Titus (#012912)
**HARTMAN TITUS PLC**
3507 N. Central Ave., Suite 101
Phoenix, AZ 85012-2121
Phone: (602) 235-0500
Email: bhartman@hartmantitus.com
         jtitus@hartmantitus.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Proofpoint, Inc., a Delaware corporation, and Wombat Security Technologies, Inc., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>Facebook, Inc., a Delaware corporation, and Instagram, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | No. 2:21-cv-00226-DWL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs provide notice that they are dismissing this action against Defendants without prejudice. No Defendant has filed an answer or a motion for summary judgment.

. . . .

. . . .

. . . .

. . . .

1

1  DATED this 6th day of August, 2021.

**HARTMAN TITUS PLC**

By: /s/ Bradley P. Hartman

Bradley P. Hartman
John D. Titus
3507 N. Central Ave., Suite 101
Phoenix, Arizona 85012-2121

**PATTISHALL McAULIFFE NEWBURY HILLIARD & GERALDSON, LLP**
200 South Wacker Drive, Suite 2900
Chicago, Illinois 60606

*Attorneys for Plaintiffs*